# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 01-cv-01644-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: March 27, 2008 | Courtroom Deputy: Debra Brown |

| | |
|---|---|
| CARTEL ASSET MANAGEMENT | Glenn W. Merrick |
| **Plaintiff(s),** | |
| v. | |
| OCWEN FINANCIAL CORPORATION | Lino S. Lipinsky de Orlov |
| | Sandra B. Wick Mulvany |
| **Defendant(s).** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTIONS HEARING

**Court in Session: 1:23 p.m.**

Court calls case. Appearances of counsel.

Discussion by the Court regarding the motions to be addressed at this hearing. The Court notes that Motion [#446] is not actually a motion.

ORDERED: [446] MOTION to Supplement [442] MOTION to Substitute Party by Defendant is not actually a motion but a supplement to #442 and is the motion portion is **MOOT.**

ORDERED: [442] MOTION to Substitute Party by Defendant Ocwen Federal Bank FSB is granted in part and denied in part as stated the record. Ocwen Loan Servicing, LLC is added as a Defendant. The [452] "Cross-Motion for Joinder of Ocwen Loan Servicing, LLC and Ocwen Financial Corp." which is contained within the Response filed February 05, 2008 is **STRICKEN** pursuant to the Local Rules.

01-cv-01644-REB-CBS
March 24, 2008
Page 2

Argument presented by Counsel regarding [453] MOTION for Joinder of Ocwen Financial Corp. as a Party Defendant under Fed.R.Civ.P. 18(b) and 20(a) by Plaintiff and [456] MOTION to (i) Conduct Limited Additional Discovery, (ii) Require Defendants to Supplement Disclosures and Discovery Responses, and (iii) Reserve the Right to Introduce Different and/or Additional Evidence at Retrial by Plaintiff.

ORDERED: [453] MOTION for Joinder of Ocwen Financial Corp. as a Party Defendant under Fed.R.Civ.P. 18(b) and 20(a) by Plaintiff is **GRANTED** for the reasons stated on the record. **Ocwen Financial Corp**. is joined as a Defendant solely in its capacity as Guarantor. Plaintiff shall file an Amended Complaint before close of business on Friday, March 28, 2008.

ORDERED: [456] MOTION to (i) Conduct Limited Additional Discovery, (ii) Require Defendants to Supplement Disclosures and Discovery Responses, and (iii) Reserve the Right to Introduce Different and/or Additional Evidence at Retrial by Plaintiff is **DENIED WITHOUT PREJUDICE** as stated on the record. Plaintiff may file an amended Motion to Conduct Discovery detailing and providing documentation to support its request.

HEARING CONCLUDED.

**Court in recess**: 3:04 p.m.
Total time in court: 01:41

***To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.**