IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 01-cv-01644-REB-CBS

CARTEL ASSET MANAGEMENT, INC.,
a Colorado corporation,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION,
a Florida corporation,
OCWEN FEDERAL BANK FSB, a subsidiary of
OCWEN FINANCIAL CORPORATION, and
OCWEN LOAN SERVICING, LLC,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    This matter comes before the court, *sua sponte*.

    Upon review of Jacobs Chase Frick Kleinkopf & Kelley, LLC's Release of Attorneys' Lien (*doc. no. 436*) it appears that the issues pertaining to the Notice of Attorney's Lein (*doc. no. 331*) have been resolved. Therefore,

    IT IS ORDERED that Jacobs Chase, LLC is terminated as an interested party to this matter and the Clerk of Court is instructed to remove Mark Sullivan from the electronic certificate of mailing.

    Secondly, pursuant to the Order of USCA (*doc. no. 435*) Katherine Goldstein was withdrawn as counsel of record for Plaintiff Cartel Asset Management. Accordingly,

    IT IS ORDERED that the Clerk of Court shall remove Ms. Goldstein from the electronic certificate of mailing.

**DATED:**    April 2, 2008