**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 01-cv-01644-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: May 16, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| CARTEL ASSET MANAGEMENT, a Colorado corporation, | Glenn W. Merrick<br>Mark D. Sullivan |
| **Plaintiff,** | |
| v. | |
| OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN FEDERAL BANK FSB, a subsidiary of OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, | Lino S. Lipinsky de Orlov<br>Sandra B. Wick Mulvany |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTIONS HEARING**
**Court in Session:       8:30 a.m.**
Court calls case.  Appearances of counsel.

Counsel present arguments regarding the motions pending before the court.

**ORDERED:  Defendants' Motion to Strike Plaintiff's Reply in Support of "Revised and Renewed Motion to Conduct Additional Discovery" [filed April 24, 2008; doc. 476] is denied for the reasons stated on the record.**

**ORDERED:  The Revised and Renewed Motion to Conduct Additional Discovery [filed March 28, 2008; doc. 466] is denied without prejudice for the reasons stated on the record.**

HEARING CONCLUDED.

**Court in recess:       9:46 a.m.**
Total time in court:    01:16