# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  01-cv-01644-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  June 17, 2009** | **Courtroom Deputy:**  Linda Kahoe |

CARTEL ASSET MANAGEMENT,                    Glenn W. Merrick

      Plaintiff,

      v.

OCWEN FINANCIAL CORPORATION, *et al.,*         Lino S. Lipinsky de Orlov

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:      1:15 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding discovery schedule.

Discussion regarding Motion to Compel (doc #501).

Counsel present arguments regarding written responses to discovery.

The court cites relevant case law.

**ORDERED:** **Plaintiff's Motion to Compel Immediate and Complete Responses to "Plaintiff's Interrogatories and Requests for Production of Documents Prior to Retrial," For Award of Attorneys' Fees and for Related Relief (doc #501, filed 4/20/2009) is GRANTED in Part and DENIED in Part.  The Motion is Granted with respect that it seeks to compel responses to interrogatories.  Defendants shall serve complete responses to Plaintiff's written discovery on or before June 26, 2009.  The Motion is Denied with respect to award of attorneys' fees.**

**ORDERED:** Discovery deadlines are reset as follows: Affirmative experts shall be designated on or before July 31, 2009. Rebuttal experts shall be designated on or before August 31, 2009. The discovery cut-off deadline is September 18, 2009. The final pretrial conference remains set for September 29, 2009 at 10:45 a.m.

**ORDERED:** Defendants' Motion to File Under Seal Exhibit B to Cartel Asset Management's Motion to Compel (doc #503, filed 4/21/2009) is GRANTED.

**ORDERED:** Defendants' Motion to File Under Seal Exhibits to Plaintiff's "Reply in Support of Motion to Compel Immediate and Complete Responses to "Plaintiff's Interrogatories and Requests for Production of Documents Prior to Retrial," For Award of Attorneys' Fees and For Related Relief" (doc #506, filed 5/21/2009) is GRANTED.

**ORDERED:** A Discovery Conference is set for June 23, 2009 at 8:00 a.m.

HEARING CONCLUDED.

**Court in recess**:     **2:36 p.m.**
Total time in court:     01:21

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.