**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:**  01-cv-01644-REB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  August 21, 2009** | **Courtroom Deputy:**  Linda Kahoe |

CARTEL ASSET MANAGEMENT,                            Glenn W. Merrick

    Plaintiff,

    v.

OCWEN FINANCIAL CORPORATION, *et al.*,         Lino S. Lipinsky de Orlov
                                                                                      Richard G. Sander

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in session:         10:55 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Defendant's Motion for Protective Order Regarding Plaintiff's Second Set of Interrogatories and Requests for Production of Documents Prior to Retrial (doc #[518], filed July 13, 2009).

Discussion and arguments regarding Motion to Compel and for Contempt Remedy (doc #[529], filed July 22, 2009).

Documents #518 and #529 are taken under advisement.

**ORDERED:**   Defendants' Motion to File Under Seal Exhibit H to Defendants' Motion for Protective Order (doc #[517], filed July 13, 2009) is **GRANTED**.

**ORDERED:**   Motion to File Under Seal Exhibit to Plaintiff's "Response in Opposition to Defendants' Motion for Protective Order and Cross-Motion to Compel and for Contempt Remedy" (doc #[523], filed July 20, 2009) is **GRANTED**.

**ORDERED:**   Defendants' Unopposed Motion to File Under Seal Response to Plaintiff's Motion to Compel and for Contempt Remedy (doc #[534], filed August 7, 2009) is **GRANTED**.

HEARING CONCLUDED.
**Court in recess**:  **12:21 p.m.**
Total time in court:    1:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.