# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  01-cv-01644-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:  February 25, 2010** | **Courtroom Deputy:**   Linda Kahoe |

CARTEL ASSET MANAGEMENT,   Glenn W. Merrick

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, *et al.,*   Lino S. Lipinsky de Orlov
                                                     Richard G. Sander

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC DISCOVERY CONFERENCE**
**Court in session:       2:16 p.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding discovery responses, and documents marked "confidential" and marked "for attorney's eyes only."  Mr. Lipinsky requests that Mr. Merrick provide an Affidavit from Mr. Coats regarding the inadvertent disclosure of confidential information.

**ORDERED**: The parties shall file supplemental, simultaneous briefs on this discovery dispute **WITHIN 5 BUSINESS DAYS OF TODAY'S DATE**.  No responses will be allowed.  No replies will be allowed.  The court will determine what portion, if any, of the discovery material is entitled to any protection; and to the extent that some or all of it is entitled to protection, what is the appropriate classification.  Mr. Merrick shall attach to his brief an Affidavit from Mr. Coats.

Discussion and arguments regarding a fourth set of discovery requests.  Discussion and arguments regarding a subpoena directed to the outside accountant for Cartel.

**ORDERED**: Counsel are required to hold a Rule 7.1A Conference on **MARCH 3, 2010 at 1:00 p.m.** in Magistrate Judge Shaffer's jury deliberation room.  Counsel are required to be physically present.

**ORDERED**: The Dispositive Motion deadline is **JULY 1, 2010.** The Discovery cutoff is **JUNE 14, 2010.** The parties are required to designate affirmative experts by **MAY 1, 2010.** Rebuttal experts must be designated by **JUNE 1, 2010.**

**ORDERED**: A Final Pretrial Conference is set for **AUGUST 2, 2010 at 9:15 a.m.** A Proposed Final Pretrial Order is due 5 days prior.

Discussion regarding the court's Order to Show Cause, doc #[561], and Defendants' Unopposed Motion to Withdraw Show Cause Order, doc #[562].

**ORDERED**: The court's Order to Show Cause, doc #[561] is **DISCHARGED.**

**ORDERED:** Defendants' Unopposed Motion to Withdraw Show Cause Order, doc #[562] is **GRANTED.**

HEARING CONCLUDED.
**Court in recess**:        **3:17 p.m.**
Total time in court:    01:01

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.