# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 01-cv-01644-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: July 16, 2010 | Courtroom Deputy: Kathleen Finney |

| | |
|---|---|
| CARTEL ASSET MANAGEMENT, | Glenn W. Merrick |
| Plaintiff, | |
| v. | |
| OCWEN FINANCIAL CORPORATION, *et al.*, | Lino S. Lipinsky de Orlov |
| | Paul A. Koches |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTIONS HEARING
**Court in Session: 1:32 p.m.**
Court calls case. Appearances of counsel. Also appearing Walter Coats for plaintiff; Paul Koches and David Gunter for defendants.

Motions hearing is called regarding Plaintiff's Emergency Motion to Compel Immediate and Complete Discovery Responses and for Award of Attorneys' Fees/Expenses [Doc. No. 612, filed 7/2/2010].

Plaintiff's argument by Glenn W. Merrick.

Defendants' argument by Paul A. Koches and Lino S. Lipinsky de Orlov.

For reasons states on the record, it is

**ORDERED:** Plaintiff's Emergency Motion to Compel Immediate and Complete Discovery Responses and for Award of Attorneys' Fees/Expenses [612] is **GRANTED.** Defendants shall produce click charge information, in regard to Plaintiff's Request for Production No. 1, no later than 5 business days from today.

**ORDERED:** Defendants shall pay $500 to reimburse plaintiff for fees and expenses incurred in connection of the filing this Motion [612]. Defendants' objection deadline is 14 days from today's date.

**ORDERED:** Mr. Ronald Faris' deposition shall resume, in Denver, at Defendant's expense.

Parties shall meet and confer and Plaintiff shall resubmit, to Defendants, a document request that is consistent with needs of the case and the requirements of Fed.R.Civ.P. Rule 26(b)(1).

Court reminds parties Plaintiffs' Motion to Bar Defendants' Late-disclosed Witnesses [Doc. No. 608, filed 6/28/2010] is set for hearing on August 2, 2010 at 1:30 p.m.

**ORDERED:** A **Preliminary** Pretrial Conference will be held **August 2, 2010 at 1:30 p.m.** along with the Motions Hearing already set for that date and time.

**ORDERED:** Plaintiff's Motion for Reconsideration of "Minute Order Granting Defendants' Motion to Amend July 6, 2010 Order," and for Sanctions Based upon Misconduct of Counsel [Doc. No. 629, filed 7/12/2010] is **DENIED as moot.**

Court reminds parties Defendant Altisource Portfolio Solutions' Motion for Protective Order [Doc. No. 620, filed 7/7/2010] is set for hearing on August 19, 2010 at 10:00 a.m.

**ORDERED: FINAL PRETRIAL CONFERENCE** is set **August 23, 2010 at 11:00 a.m.** Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.** (See the court's website for Instructions for Preparation and Submission.)

HEARING CONCLUDED.
**Court in recess**: **3:49 p.m.**
Total time in court:     02:17

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.