# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 01-cv-01644-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:  August 19, 2010 | Courtroom Deputy:   Kathleen Finney |

| | |
|---|---|
| CARTEL ASSET MANAGEMENT, | Glenn W. Merrick |
| Plaintiff, | |
| v. | |
| OCWEN FINANCIAL CORPORATION, *et al.,* | Lino S. Lipinsky de Orlov<br>Richard G. Sander |
| Defendants, | |
| ALTISOURCE PORTFOLIO SOLUTIONS, S.A., | Scott Storer Evans |
| Interested Party. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING and PRELIMINARY PRETRIAL CONFERENCE**
**Court in Session: 10:04 a.m.**
Court calls case.  Appearances of counsel.  Also appearing Walter Coats for plaintiff.

Discussion regarding Altisource Portfolio Solutions, S.A.'s Motion for Protective Order [Doc. No. 620, filed 7/7/2010].

Interested party's argument by Scott Evans.

Plaintiff's argument by Glenn W. Merrick.

**ORDERED:**  Altisource Portfolio Solutions, S.A.'s Motion for Protective Order [620] is **GRANTED.**

Discussion regarding Plaintiff's Motion for Protective Order Respecting Kelie Matthews' Deposition [Doc. No. 635, filed 7/15/2010].

Plaintiff's argument by Glenn W. Merrick.

Defendants' argument by Richard Sander.

**ORDERED:**  Plaintiff's Motion for Protective Order Respecting Kelie Matthews' Deposition

[635] is **DENIED.**  The Court finds that Ms. Matthews' deposition is properly characterized as a preservation deposition instead of a fact deposition and should, therefore, go forward.

Discussion reviewing proposed pretrial order.

Discussion regarding private mediation scheduled next Thursday.  If private mediation is unsuccessful contact Judge Shaffer's chambers.

HEARING CONCLUDED.
**Court in recess**: **10:53 a.m.**
Total time in court: 00:49

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.