# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 01-cv-01644-REB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| Date: September 2, 2010 | Courtroom Deputy: Linda Kahoe |

CARTEL ASSET MANAGEMENT,            Glenn W. Merrick

    Plaintiff,

    v.

OCWEN FINANCIAL CORPORATION, *et al.,*      Lino S. Lipinsky de Orlov
                                                                Richard G. Sander

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:**      9:02 a.m.
Court calls case. Appearances of counsel. *Also present is Mr. Coats.*

The court notes that Judge Blackburn issued an Order, doc #[739].

Discussion and arguments regarding Plaintiff's Motion to Strike "Supplemental" Reports of Robert A. Bardwell and for Related Relief, doc #[683], filed 8/16/2010.

**ORDERED:**     Plaintiff's Motion to Strike "Supplemental" Reports of Robert A. Bardwell and for Related Relief, doc #[683], is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED** to the extent that it seeks to strike all three supplemental reports of Dr. Bardwell. The Motion is **DENIED** to the extent that it seeks sanctions.

Discussion regarding listing Mr. Lipinsky as a witness. The court requests that counsel give this issue more thought, and be prepared to address it at the trial preparation conference.

The court will sign the Final Pretrial Order.

HEARING CONCLUDED.

**Court in recess**:      9:47 a.m.
Total time in court:     00:45

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.