**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 01-cv-01644-REB-CBS

CARTEL ASSET MANAGEMENT,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, a Florida corporation,
OCWEN FEDERAL BANK FSB, a subsidiary of Ocwen Financial corporation,
OCWEN LOAN SERVING LLC,

    Defendants.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

    The attached **Juror Questionnaire** is approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated September 3, 2010, at Denver, Colorado.

                                            **BY THE COURT:**

                                            */s/ Bob Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge