IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 01-cv-01644-REB-CBS

CARTEL ASSET MANAGEMENT, a Colorado corporation,

Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, a Florida corporation;
OCWEN FEDERAL BANK FSB, a subsidiary of OCWEN FINANCIAL CORPORATION
and
OCWEN LOAN SERVICING, LLC,

Defendants.

## ORDER RE: MOTION TO PERMIT ELECTRONIC EQUIPMENT, INCLUDING THOSE WITH CAMERAS, INTO THE COURTROOM

**Blackburn, J.**

The matter before me is **Plaintiff's Motion For Order Authorizing Its IT Contractor (Visual Advantage) To Bring Equipment Into The Federal Court Building and Into Judge Blackburn's Courtroom** [#751] filed September 5, 2010. After careful review of the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Motion For Order Authorizing Its IT Contractor (Visual Advantage) To Bring Equipment Into The Federal Court Building and Into Judge Blackburn's Courtroom** [#751] filed September 5, 2010, is **GRANTED**; and

2. That subject to **D.C.COLO.LCivR 83.B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic device, Diarmuid Truax is **PERMITTED** to bring two laptops with cameras and one cellular

phone with camera into the courthouse/courtroom for the duration of the jury trial commencing September 13, 2010.

Dated September 7, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge