IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 01-cv-01644-REB-CBS

CARTEL ASSET MANAGEMENT, a Colorado corporation,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, a Florida corporation;
OCWEN FEDERAL BANK FSB, a subsidiary of OCWEN FINANCIAL CORPORATION and
OCWEN LOAN SERVICING, LLC,

    Defendants.

## ORDER RE: MOTION TO PERMIT ELECTRONIC EQUIPMENT, INCLUDING THOSE WITH CAMERAS, INTO THE COURTROOM

**Blackburn, J.**

The matter before me is **Defendants' Unopposed Motion to Permit Electronic Equipment, Including Those With Cameras, Into The Courtroom** [#761] filed September 7, 2010. After careful review of the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendants' Unopposed Motion to Permit Electronic Equipment, Including Those With Cameras, Into The Courtroom** [#761] filed September 7, 2010, is **GRANTED**; and

2. That subject to **D.C.COLO.LCivR 83.B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic device, the following individuals are **PERMITTED** to bring the following equipment into the

courthouse/courtroom for the duration of the jury trial that commences September 13, 2010:

    A.    David Whittaker: one laptop computer; one laptop cooling unit; one video switch box; and one cellular telephone, which may have cameras therein;

    B.    Edwin Green: one laptop computer and one cellular telephone which may have a camera therein;

    C.    Lisa King: one laptop computer and one cellular telephone which may have a camera therein;

    D.    Halana Hyatt: one laptop computer and one cellular telephone which may have a camera therein;

    E.    Phil Vincent: one laptop computer and one cellular telephone which may have a camera therein;

    F.    Paul A. Koches: one laptop computer and one cellular telephone which may have a camera therein;

    G.    William A. McBride: one laptop computer and one cellular telephone which may have a camera therein;

    H.    Dr. Robert "Andy" Bardwell: one cellular phone, which has a camera within;

    I.    Roy Weinstein: one cellular phone, which has a camera within; and

    J.    Stephen Murray: one cellular phone, which has a camera within.

Dated September 7, 2010, at Denver, Colorado.

                                          **BY THE COURT:**

                                          */s/ Bob Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge