# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 01-cv-01644-REB-CBS

CARTEL ASSET MANAGEMENT, a Colorado corporation,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, a Florida corporation;
OCWEN FEDERAL BANK FSB, a subsidiary of OCWEN FINANCIAL CORPORATION
and
OCWEN LOAN SERVICING, LLC,

    Defendants.

## SECOND TRIAL PREPARATION CONFERENCE AGENDA
## (September 8, 2010)

**Blackburn, J.**

The second Trial Preparation Conference shall commence September 8, 2010, at 1:30 p.m. If not sooner or otherwise resolved, the court may consider the following motions and matters:

- the proposed jury instructions and verdict forms *pro tanto*;

- a stipulated statement of claims and defenses to be used by the court and parties during jury selection;

- the issues raised by **Plaintiff's Brief in Respect of Identifying Opposing counsel as Potential Witness** [#753] filed September 6, 2010;

- the issues raised by **Plaintiff's Motion To Exclude Defendants' Untimely Exchanged Trial Exhibits** [#730] filed August 31, 2010; and

- the defendants' oral response to **Plaintiff's Motion To Strike**

**Defendants' Untimely fourth Supplemental Response to Plaintiff's Interrogatories And Requests for Production And for Award of Sanctions** [#755] filed September 7, 2010, and plaintiff's oral reply to defendants' oral response.

Dated September 7, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge