IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:                September 8, 2010

Deputy Clerk:        Nel Steffens
Court Reporter:      Kara Spitler

**Civil Action No. 01-cv-01644-REB-CBS**

*Parties:*                                          *Counsel:*

CARTEL ASSET MANAGEMENT,                            Glenn Merrick

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, a                      Richard Sander
Florida corporation,                                Lino Lipinsky de Orlov
OCWEN FEDERAL BANK, FSB, a                          Charles Swanson
subsidiary of Ocwen Financial Corporation,
and
OCWEN LOAN SERVICING, LLC,

    Defendants.

## AMENDED COURTROOM MINUTES

**1:30 p.m.     Court in session**

Appearances of counsel.

Opening statements by the court.

Discussion regarding stipulation as to defense counsel's possible testimony. Mr. Lipinsky tenders a proposed stipulation. Parties will file the stipulation electronically as soon as practicable.

Argument regarding **Plaintiff's Motion To Exclude Defendants' Untimely Exchanged Trial Exhibits** [#730] filed August 31, 2010.

**IT IS ORDERED** as follows:

      1.  That the **Plaintiff's Motion To Exclude Defendants' Untimely Exchanged Trial Exhibits** [#730] filed August 31, 2010, is **GRANTED**.

Discussion and argument regarding the **Plaintiff's Motion To Strike Defendants' Untimely Fourth Supplemental Responses to Plaintiff's Interrogatories and Requests for Production and for Award of Sanctions** [755] filed September 7, 2010.

Court takes the matter under advisement and will issue a written order as soon as practicable.

Discussion regarding stipulations.

The Court will provide its rulings on the issues argued and discussed in this hearing as soon as practicable.

Discussion regarding exhibits.

Discussion regarding the issue of burden shifting.

**2:33 p.m.**     **Court in recess.**

Total time in court:   01:03

Hearing concluded**.**