# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-01644-REB-CBS

CARTEL ASSET MANAGEMENT, a Colorado corporation,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, a Florida corporation;
OCWEN FEDERAL BANK FSB, a subsidiary of OCWEN FINANCIAL CORPORATION; and
OCWEN LOAN SERVICING, in its capacity as successor-in-interest to OCWEN FEDERAL BANK, FSB,

    Defendants.

## ORDER GRANTING JOINT MOTION REGARDING OPPOSING COUNSEL AS POTENTIAL WITNESS AND FOR AMENDMENT OF FINAL PRETRIAL ORDER

**Blackburn, J.**

The matter before me is the **Stipulated Joint Motion Regarding Opposing Counsel as a Potential Witness and For Amendment of Final Pretrial Order** [#770] filed September 8, 2010. After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Joint Motion Regarding Opposing Counsel as a Potential Witness and For Amendment of Final Pretrial Order** [#770] filed September 8, 2010, is **GRANTED**;

2. That the following stipulation is approved:

    a.    Each of the following letters is authentic: (a) the letter from Lino Lipinsky de Orlov to Ann Gilbert (Oct. 24, 2002) (Exhibit A to Cartel's Brief in Respect of Identifying Opposing Counsel as Potential Witness (the "Cartel Brief") [#753]); (b) the letter from Lino Lipinsky de Orlov to Lee Katherine

Goldstein, Rita Holland & Ann Gilbert (Apr. 2, 2004) (Exhibit B to Cartel Brief); and (c) the letter from Lino Lipinsky de Orlov to Lee Katherine Goldstein (May 7, 2004) (Exhibit C to Cartel Brief) (collectively, the "Letters"); and

  b. Mr. Lipinsky authored and transmitted each of the Letters to the respective addressees on or about the respective date as shown on each Letter;

 3. That the **Final Pretrial Order** [#743] in this matter is **AMENDED** to delete all references to Mr. Lipinsky as a witness and all descriptions of anticipated testimony from Mr. Lipinsky; and

 4. That Cartel shall not seek amendment of the Final Pretrial Order to add Lee Katherine Goldstein as a witness.

 Dated September 10, 2010, at Denver, Colorado.

         **BY THE COURT:**

         */s/ Robert E. Blackburn*
         Robert E. Blackburn
         United States District Judge