**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 01-cv-01644-REB-CBS

CARTEL ASSET MANAGEMENT, a Colorado corporation,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, a Florida corporation;
OCWEN FEDERAL BANK FSB, a subsidiary of OCWEN FINANCIAL CORPORATION
and
OCWEN LOAN SERVICING, LLC,

    Defendants.

---

### ORDER RE: MOTION TO PERMIT ELECTRONIC EQUIPMENT, INCLUDING THOSE WITH CAMERAS, INTO THE COURTROOM

**Blackburn, J.**

The matter before me is **Plaintiff's Unopposed Motion For Order Authorizing To Bring Electronic Equipment With Cameras Into The Federal Court Building and Into Judge Blackburn's Courtroom** [#778] filed September 10, 2010. After careful review of the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Unopposed Motion For Order Authorizing To Bring Electronic Equipment With Cameras Into The Federal Court Building and Into Judge Blackburn's Courtroom** [#778] filed September 10, 2010, is **GRANTED**; and

2. That subject to **D.C.COLO.LCivR 83.B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic device, the following individuals are **PERMITTED** to bring the following equipment into the

courthouse/courtroom for the duration of the jury trial in this matter:

1. Chris Conlin: electronic equipment, including those with cameras;

2. Joe Bernstein: one laptop computer and one cellular telephone which may have a camera therein; and

3. Birgit Bindel: one laptop computer and one cellular telephone which may have a camera therein;

Dated September 10, 2010, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge