**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 01-cv-01644-REB-CBS

CARTEL ASSET MANAGEMENT, a Colorado corporation,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, a Florida corporation;
OCWEN FEDERAL BANK FSB, a subsidiary of OCWEN FINANCIAL CORPORATION and
OCWEN LOAN SERVICING, LLC,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on **Defendant's Motion For Leave To File Surreply To Plaintiff's Renewed Motion For Determination That Burden of Proof Has Shifted To Defendants To Prove: (I) The Portion of BPO Revenue That Is Not The Result Of Trade Secret Theft; and (II) Any Incremental BPO Expenses Properly Deductible From BPO Revenue In Determining 'Unjust Enrichment'** [#805] filed September 22, 2010. The motion is **GRANTED** and **Defendant's Surreply To Plaintiff's Renewed Motion For Determination That Burden of Proof Has Shifted To Defendants To Prove: (I) The Portion of BPO Revenue That Is Not The Result Of Trade Secret Theft; and (II) Any Incremental BPO Expenses Properly Deductible From BPO Revenue In Determining 'Unjust Enrichment'** [#805-1] is accepted for filing.

    Dated: September 22, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.