**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 01-cv-01644-REB-CBS

CARTEL ASSET MANAGEMENT, a Colorado corporation,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, a Florida corporation;
OCWEN FEDERAL BANK FSB, a subsidiary of OCWEN FINANCIAL CORPORATION
and
OCWEN LOAN SERVICING, LLC,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on **Defendants' Motion For Leave To File Surreply** [#820] filed November 24, 2010.  The motion is **GRANTED**.  Defendants shall file a surreply to Cartel Asset Management's reply in support of the post-verdict motion for award of pre-judgment interest and for increase in amount of punitive damage award on or before **December 4, 2010**.

    Dated:  November 29, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.