**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 01-cv-01644-REB-CBS

CARTEL ASSET MANAGEMENT, a Colorado corporation,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, a Florida corporation;
OCWEN FEDERAL BANK FSB, a subsidiary of OCWEN FINANCIAL CORPORATION
and
OCWEN LOAN SERVICING, LLC,

    Defendants.

## MINUTE ORDER[1]

    The plaintiff's **Motion To Strike Defendants' "Supplemental Brief Regarding Jury Instructions" as Being in Brazen Defiance of This Court's August 25, 2010 Order and For Other Appropriate Relief and Sanctions** [#773] filed September 9, 2010, is **DENIED**. The plaintiff's **Motion For Leave To File Exhibit in Support of Plaintiff's Cross-Designation of Deposition Testimony of Kelie Matthews** [#790] filed September 12, 2010, is **GRANTED**. The transcript attached to the motion [#790] is accepted as an exhibit in support of the plaintiff's cross-designation of deposition testimony of Kelie Matthews.

    **IT IS FURTHER ORDERED** that the plaintiff's **Motion To Strike "Defendants' Tender of Revised Exhibit List" and For Other Appropriate Relief** [#786] filed September 10, 2010, and **Plaintiff's Renewed Motion For Determination That Burden of Proof Has Shifted To Defendants To Prove: (I) The Portion of BPO Revenue That is Not The Result of Trade Secret Theft, and (ii) Any *Incremental* BPO Expenses Properly Deductible From BPO Revenue in Determining "Unjust Enrichment"** [#797] filed September 19, 2010 are **DENIED** as moot. The issues raised in these motions [#786 and #797] were addressed and resolved on the record during the trial of this case.

    Dated: March 29, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.