# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 01-cv-01644-REB-CBS

CARTEL ASSET MANAGEMENT, a Colorado corporation,

   Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, a Florida corporation;
OCWEN FEDERAL BANK FSB, a subsidiary of OCWEN FINANCIAL CORPORATION
and
OCWEN LOAN SERVICING, LLC,

   Defendants.

## MINUTE ORDER[1]

   The matter is before the court on **Defendants' Withdrawal of Motion For Stay of Execution of Judgment Upon Approval of Supersedeas Bond** [#847] filed May 4, 2011.  The motion is **GRANTED** and **Defendants' Motion For Stay of Execution of Judgment Upon Approval of Supersesdeas Bond** [#839] filed April 12, 2011, is **WITHDRAWN**.

   Dated:  May 4, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.