**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 01-cv-01644-REB-CBS

CARTEL ASSET MANAGEMENT, a Colorado corporation,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, a Florida corporation;
OCWEN FEDERAL BANK FSB, a subsidiary of OCWEN FINANCIAL CORPORATION and
OCWEN LOAN SERVICING, LLC,

    Defendants.

**MINUTE ORDER**[1]

    The matter is before the court on plaintiff's **Unopposed Motion For Leave To File Reply in Support of Plaintiff's Motion For Award of Attorneys' Fees in Excess of Page Limit** [#866] filed July 22, 2011, is **GRANTED**. Plaintiff's **Reply in Support of "Plaintiff's Motion For Award of Attorney Fees"** [#867] is accepted for filing.

    Dated: July 25, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.