**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 01-cv-01644-REB-CBS

CARTEL ASSET MANAGEMENT, a Colorado corporation,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, a Florida corporation;
OCWEN FEDERAL BANK FSB, a subsidiary of OCWEN FINANCIAL CORPORATION
and
OCWEN LOAN SERVICING, LLC,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Defendants' Motion For Leave To File Surreply** [#872] filed on August 5, 2011. The motion is **GRANTED** and **Defendants' Surreply To Plaintiffs' Reply in Support of Plaintiff's Motion For Award of Attorneys' Fees** [#873] is accepted for filing.

    Dated: August 8, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.